HOWARD G. BISHOP, Appellant, Impleaded with Another, *v.* WILLIS P. THOMAS et al., Defendants; BESSIE B. AKIN et al., Appellants, and NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents.

(Submitted November 21, 1932; decided November 29, 1932.)

*Harold Swain* for motion.

*Joseph B. Thompson* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellants within ten days file and serve the written undertaking, in which event the motion is denied.